## Case No. 17,497.

### WHEELER v. The KATE.

[Cited in The Louis Olsen, 52 Fed. 656. Oral opinion; not now accessible.]